# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZIPLINK, INC., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)  2:08-cv-01670-LDG-LRL |
| v. | )<br>)  **O R D E R** |
| ZIPLINK, INC., et al., | )<br>) |
| Defendants. | ) |

Before the court is Michael Morey's Motion to Withdraw (#73) as counsel for defendant Standard Transfer & Trust.  For good cause shown,

IT IS ORDERED that the motion (#73) is granted.

IT IS FURTHER ORDERED that defendant Standard Transfer & Trust shall have to and including August 6, 2010 to file with the court a written designation of its new counsel.

Defendant Standard Transfer & Trust is informed that although an individual may represent himself or herself in federal court, a corporation may not appear in federal court unless represented by licensed counsel.  *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993).  Failure to comply with the requirement that it be represented by counsel may lead to a default judgment against a corporate defendant, or dismissal of the corporation's claims, or both.  *United States v. High Country Broadcasting Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

DATED this 30th day of June, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**