UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZIPLINK, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 2:08-cv-01670-LDG-LRL |
| v. ) | |
| ) | **O R D E R** |
| ZIPLINK, INC., et al., ) | |
| ) | |
| Defendants. ) | |

On May 26, 2010, defendant Standard Transfer & Trust through counsel Michael J. Morey filed an Opposition to Show Cause (#72), in response to this court's order to show cause why Mr. Morey should not be sanctioned for his failure to cooperate in the preparation of a Joint Discovery Plan and Scheduling Order. Mr. Morey explained that his client no longer wishes to be represented by Mr. Morey and has not provided Mr. Morey with the discovery materials that are required for this litigation. He indicated he was also filing a motion to withdraw, and apologized for not filing the withdrawal motion earlier. Mr. Morey did file a motion to withdraw, which was granted on June 30, 2010. *See* Order (#74). In light of the foregoing, the court concludes that sanctions are not warranted.

IT IS SO ORDERED.

DATED this 8th day of July, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**