1

2

3

4

5                          **UNITED STATES DISTRICT COURT**

6                               **DISTRICT OF NEVADA**

7

8

9   ZIPLINK, INC., a Delaware Corporation;           2:08-cv-1670-LDG-LRL
    ZACHS FAMILY LIMITED PARTNERSHIP
    NUMBER ONE, a Connecticut Partnership;
10  and HENRY M. ZACHS,                              **ORDER**

11          Plaintiffs,

12  v.

13  ZIPLINK, INC., a Nevada Corporation, et al.,

14          Defendants.

15

16          Plaintiffs have filed a motion for default judgment against six of the eight named

17  defendants in this action.  Although Plaintiffs moved for default against Susnar on the basis of an

18  Affidavit of Service demonstrating service by publication (#64), the court is unable to locate any

19  such Affidavit of Service for Susnar.  Accordingly,

20          THE COURT HEREBY ORDERS that, within ten (10) days of this order, Plaintiffs shall

21  direct the court to the docket number corresponding to the Affidavit of Service for Susnar, file an

22  Affidavit of Service for Susnar, or file a new proposed order not applicable to Susnar.

23

24          DATED this _____ day of May, 2011.

25
                                                    _____
26                                                  Lloyd D. George
                                                    United States District Judge