R. DUANE FRIZELL, ESQ.
Nevada Bar No. 9807
CALLISTER & FRIZELL
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Fax (702) 657-0065
dfrizell@callisterfrizell.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZIPLINK, INC., a Delaware Corporation; ZACHS FAMILY LIMITED PARTNERSHIP NUMBER ONE, a Connecticut Partnership; and HENRY M. ZACHS,<br><br>　　　Plaintiffs,<br>vs.<br><br>ZIPLINK, INC., a Nevada Corporation; D.R. ENTERTAINMENT INVESTMENTS, INC., a Nevada Corporation; D.R. ENTERTAINMENT GROUP, LLC, a Nevada Limited Liability Company; STANDARD TRANSFER & TRUST CO. INC., a Nevada Corporation; DWIGHT CHORNOMUD; JOHN JARVIS; HOSSEIN MAHDAVI; ROBERT SUSNAR; DOE DEFENDANTS 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>　　　Defendants. | CASE NO: 2:08-cv-01670-LDG-LRL |

**<u>ORDER GRANTING APPLICATION FOR JUDGMENT DEBTOR EXAMINATION OF</u>**

**<u>STANDARD TRANSFER & TRUST CO. INC.</u>**

Upon the Application for Judgment Debtor Examination of STANDARD TRANSFER & TRUST CO. INC., a Nevada Corporation, filed by Plaintiffs, ZIPLINK, INC., a Delaware Corporation; ZACHS FAMILY LIMITED PARTNERSHIP NUMBER ONE, a Connecticut Partnership; and HENRY M. ZACHS, ("Plaintiffs"), by and through their counsel of the law firm of CALLISTER & FRIZELL, and the Court having considered said Application, and good cause appearing therefor,

1

IT IS HEREBY ORDERED, that STANDARD TRANSFER & TRUST CO. INC. ("STANDARD TRANSFER") shall have its person most knowledgeable appear and be examined under oath at the law offices of **CALLISTER & FRIZELL, 8275 S. Eastern Ave., Ste. 200, Las Vegas, Nevada 89123,** on **October 4, 2011 at 10:00 a.m.** on said day, at which time STANDARD TRANSFER will produce any and all books, papers and records now in its possession and/or control that evidence or indicate in any way any of the property, assets and/or liabilities of Defendant, STANDARD TRANSFER & TRUST CO. INC.  STANDARD TRANSFER shall provide all documents of any kind evidencing any interest in real or personal property or cash, including, but not limited to, all bank account statements, 401(k) account, IRA (Roth), and/or other retirement account statements, stock account statements, capital account statements, tax returns, K-1s, bank ledgers, checkbook ledgers, or other bank account records, life insurance policies, stock certificates, documents evidencing membership or other ownership interest in any limited liability companies or other interest, any operating agreements for entities in which STANDARD TRANSFER has any ownership interest, payment stubs, rent receipts, documents showing interest in real estate, contracts, notes or memoranda evidencing indebtedness due, deeds of trust, grant deeds, liens, claims, complaints, decrees, as well as any trust documents evidencing a beneficiary interest in a trust.  Documents provided should include the time period of **January 1, 2008 to present;**

IT IS FURTHER ORDERED that the failure by STANDARD TRANSFER to appear at the above ordered examination will subject it to contempt of Court;

IT IS FURTHER ORDERED that STANDARD TRANSFER is forbidden from making any transfer of its non-exempt property and from interfering therewith until further ordered;

///
///
///
///
///
///

2

IT IS FURTHER ORDERED that the costs associated with the examination, including the costs of service of process, the costs of a court reporter and the costs associated with a transcript, are approved as to necessity and propriety.

IT IS SO ORDERED.

Dated: August 23, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
CASE NO.: 2:08-cv-01670-LDG-LRL

Submitted by:

**CALLISTER & FRIZELL**

By: _____
R. DUANE FRIZELL, ESQ.
Nevada Bar No. 009807
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
dfrizell@callisterfrizell.com
*Attorneys for Plaintiffs*